Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA HODES, <br><br> Plaintiff, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC, <br><br> Defendant. | **Case No.:** <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(Unlawful Debt Collection Practices)** |

## COMPLAINT

PATRICIA HODES (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA). According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

- 1 -

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

*6.* Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202.*

## PARTIES

8. Plaintiff is a natural person who resides in Micanopy, Alachua County, Florida and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3).*

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant has been collecting on two accounts original owed to GE Money Bank and DirecTV.

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for the alleged debts (see call log attached hereto as Exhibit "A").

13. Plaintiff sent Defendant two cease and desist letters regarding both accounts that Defendant was seeking payment.

14. Defendant continued to contact Plaintiff after receiving said cease and desist letters seeking and demanding payment for an alleged debt.

15. Defendant failed to provide Plaintiff with a 30 day validation.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(c)* of the FDCPA by contacting Plaintiff after receiving written notification that consumer wants collector to cease communications

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   d. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

   e. Defendant violated *§1692e(10)* of the FDCPA by using false representation and

- 3 -

deceptive means to collect a debt or obtain information about a consumer.

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, PATRICIA HODES respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, PATRICIA HODES, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: February 4, 2009          KROHN & MOSS, LTD.


By:      /s/Ryan Lee                              _
          Ryan Lee

          Attorney for Plaintiff

- 4 -

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA

Plaintiff, PATRICIA HODES, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PATRICIA HODES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE:_____          _____
                                              PATRICIA HODES

- 5 -

COMPLAINT

# **EXHIBIT A**

COMPLAINT

(Caller ID Log Entry)

Phone Log December 2008

- 949-925-0000 Magellan LLC
- 571-237-9000 JPB Inc. services
- 866-651-5100 Drainage Division

9:08 571-237-9000 Data Group JPB Product
11:05 913-951-9000 Drainage Division
2 571-237-9000 Texas JPB Alliance

13:48 818-951-0100 Drainage Division
11:29 235-5901 Experts Personal Care
2:45 310-260-0000 Summer Personal Care
2:53 678-653-9225 La Habra, CA Sales divisions
3:15 951-777-9555 Anaheim, UT Marketing
2:55 770-237-9001 This data The MALL AT&T

2:50 818-951-5100 Drainage Division
1:15 866-216-0100 Toll Free
11:00 703-555-000 The Ags CO The Ags best foot on
9:00 801-878-9555 Florida CO DO NOT TAKE BLUE
         Wellcome Tickets
11:05                    201/237/11 Personal office

1307 770-737-000 This data Personal office
12:08 714-737-0001 Data Group
11:25 512-951-0175 Drainage Division
10:20 901-951-9000 Data Group The Ann Ags
11:13 516-787-0001 Data Group JPB Product



12/12
L. 602-818-0600   Phoenix, Az ③

12/12
355-685-8300       Chrysler
  602-818-0600        Phoenix, Az③
1:55   818-737-3011   Chrysler LLC
3:55   595-057-0000   Ford ⑤
8:05   800-685-8300   Chrysler ℉
5:00   595-458-6899   Boca Raton ® Bell So
6:50   800-685-8300   Boca Raton® Bell So

12/13
12:55   800-679-8300   Chrysler      ⑩
1:55   800-685-8300   Chrysler       ⑪
8:51   800-685-8300   Chrysler       ⑫
7:45   595-595-5609   Tempe American Home Mtg

12/15
7:45   800-685-8300   Chrysler       22
10:55   800-858-6867   Lynn Care
11:25   595-595-5609   Tempe American Home Mtg
11:28   338-902-8845   Commercial card ②
1:55   800-774-3451   Phoenix, Az  ③
8:05   595-685-0000   Scottsdale 85251
2:—   978-689-7855   Lawrence, MA ④
2:28   888-490-3636   Tempee · Enginers
5:15   Jim Unebaugh
6:07   800-685-8300   Chrysler
6:13   800-685-8300   Chrysler       ③⑤
5:19   800-685-8300   Chrysler

1
2

## **EXHIBIT B**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I just lost my husband. I no longer answer the telephone due to harassing calls and messages left on answer machine. I told them to stop calling that he dead but they continue to call stating you are responsible, pay up, and so on, he wasn't so old body, no life insurance, no funds to pay. They say sell something like my home, his half will pay what he ows!!! So I no longer answer they calls and sent them cease and desist letter and they ignore them & keep calling.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
Signed Name

PATRICIA J. HODES
_____
Printed Name

I am 68 and Disabled and now live will below the Poverty level I can't pay these bills. I am now alone.