UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
April 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

# JUDGMENT IN A CIVIL CASE

PATRICIA HODES

            v.            CASE NUMBER: CIV S-09-CV-0326 LKK DAD

NCO FINANCIAL SYSTEMS, INC.


**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE DEFENDANT'S RULE 68 OFFER OF JUDGMENT.**

                              Victoria C. Minor,
                              Clerk of the Court

ENTERED: April 27, 2009

                              by:_/s/ NDDuong_____
                              NDDuong, Deputy Clerk