Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HODES,<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No.  09-CV-00326-LKK-DAD<br><br>STIPULATION TO VACATE THE JUDGMENT AND DISMISS WITH PREJUDICE |

Plaintiff, PATRICIA HODES, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 4, 2009.  NCO filed its responsive pleading on March 9, 2009.  PATRICIA HODES filed a Notice of Acceptance of NCO's Offer of Judgment on April 24, 2009.  The Court entered judgment pursuant to the accepted offer of judgment on April 27, 2009.  The parties subsequently resolved the action in its

PDF created with pdfFactory trial version www.pdffactory.com

entirety.  As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/3/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/3/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Patricia Hodes

IT IS SO ORDERED.

Dated:  June 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation to Vacate the Judgment and Dismiss With Prejudice

PDF created with pdfFactory trial version www.pdffactory.com